IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DANIEL SCHMIT and LINDSEY SCHMIT, A Married Couple,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE FARM FIRE AND CASUALTY COMPANY,<br><br>Defendant. | 8:21CV289<br><br>ORDER ON STIPULATION FOR DISMISSAL WITH PREJUDICE |

This case is before the Court on the parties' February 17, 2023, Stipulation for Dismissal with Prejudice. Filing 26. The parties stipulate to the dismissal of this action, with prejudice, with each party to pay its own costs and attorneys' fees. The Stipulation is signed by both parties. Accordingly,

IT IS ORDERED that the parties' February 17, 2023, Stipulation for Dismissal with Prejudice, Filing 26, is granted, and this action is dismissed with prejudice, with each party to pay its own costs and attorneys' fees.

Dated this 21st day of February, 2023.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge

1